**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VANITY SWITZER, as LEGAL GUARDIAN of Y.H, a minor,<br><br>      Plaintiff,<br><br>   vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG AB.<br><br>      Defendants. | Case No. 2:26-cv-01260-MRP<br><br>Hon. Mia Roberts Perez<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME AND TO STAGGER BRIEFING FOR DEFENDANTS' ANTICIPATED MOTIONS IN RESPONSE TO THE COMPLAINT** |

Defendants Roblox Corporation ("Roblox"), Epic Games, Inc. ("Epic"), Microsoft Corporation ("Microsoft"), and Plaintiff Vanity Switzer, as legal guardian of Y.H., a minor (collectively, the "Parties") stipulate and respectfully request in accordance with Local Civil Rule 7.4 that the Court enter an order regarding the briefing schedule on Defendants' anticipated motions in response to the Complaint.

1.    On February 26, 2026, Plaintiff filed the Complaint.

2.    On May 1, 2026, Plaintiff served Roblox via personal service, making its deadline to move, answer, or otherwise respond to the Complaint May 22, 2026.

3.    On May 1, 2026, Plaintiff served Microsoft via personal service, making its deadline to move, answer, or otherwise respond to the Complaint May 22, 2026.

4.    On May 4, 2026, Plaintiff served Epic Games via personal service, making its deadline to move, answer, or otherwise respond to the Complaint May 25, 2026.

5.      The Parties respectfully submit that there is good cause to continue Defendants' deadlines to move, answer, or otherwise respond to the Complaint to August 12, 2026. Among other responsive motions, Defendants intend to file Motions to Compel Arbitration.

6.      The Parties have agreed to a proposed briefing schedule that takes into account the complexities of the expected Motions. Among other responsive motions, Defendants intend to file Motions to Compel Arbitration and/or Motions to Transfer to a different federal district court pursuant to 28 U.S.C. § 1404.[1] Plaintiff has indicated she will likely serve targeted discovery limited to the issues raised in the Motions to Compel Arbitration. Defendants contend that such discovery is improper because they assert that the threshold issue of arbitration can and should be decided before any discovery. Should the parties need to raise a discovery dispute with the Court, they will work cooperatively to seek additional relief on the briefing deadlines for the forthcoming Motions.

7.      Furthermore, the Parties submit that it would promote efficiency and judicial economy to stagger the foregoing briefing, such that Defendants' Motions to Compel Arbitration and Motions to Transfer are resolved before briefing on Defendants' other responsive motions, including any motions under Fed. R. Civ. P. 12(b).

8.      Accordingly, the Parties request that the Court order that by briefing the Motions to Compel Arbitration and Motions to Transfer first, Defendants do not waive any defenses available under Rule 12(b) of the Federal Rules of Civil Procedure or otherwise.

WHEREFORE, the Parties respectfully request that this Court enter an order (1) continuing Defendants' deadlines to move, answer, or otherwise respond to the Complaint to August 12,

---

[1] To the extent Defendants' initial Motions include arguments for transfer to a different federal district court, those arguments will be based on the enforcement of forum selection clauses found within the same agreements that include arbitration clauses that form the basis of their forthcoming Motions to Compel Arbitration.

2026, and (2) permitting Defendants to defer filing any other responsive motions, including any other motions under Fed. R. Civ. P. 12(b), until 60 days after the last of any order from this Court on Roblox, Epic, and Microsoft's forthcoming Motions to Compel Arbitration and/or Motions to Transfer, without waiver of any available defenses under Fed. R. Civ. P. 12(b).

| Filing Deadline | Motion |
|---|---|
| August 12, 2026 | Roblox, Epic, and Microsoft's Motions to Compel Arbitration and/or Motions to Transfer |
| November 20, 2026 | Plaintiff's Oppositions to Defendants' Motion to Compel Arbitration and/or Motions to Transfer |
| December 18, 2026 | Defendants' Replies in Support of their respective Motions to Compel Arbitration and/or Motions to Transfer |
| 60 days after the last of any order from this Court on Roblox, Epic, and Microsoft's Motions to Compel Arbitration and/or Motions to Transfer | Roblox, Epic, and Microsoft's other responsive motions |

**IT IS SO STIPULATED**

Dated: May 21, 2026

GRANT & EISENHOFER P.A.

By: */s/ Adam J. Gomez*

Adam J. Gomez (PA Bar # 317145)
Tudor I. Farcas (PA Bar # 316541)
Garrett A. Gittler (PA Bar # 325915)
123 Justison Street, 6th Floor
Wilmington, DE 19801
Phone: (302) 622-7000
Fax: (302) 622-7100
agomez@gelaw.com
tfarcas@gelaw.com
ggittler@gelaw.com

3

BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.

Seth A. Katz (*Pro Hac Vice Forthcoming*)
Sarah H. Boelts (*Pro Hac Vice Forthcoming*)
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Email: skatz@burgsimpson.com
sboelts@burgsimpson.com

David C. Harman (*Pro Hac Vice Forthcoming*)
201 East 5th St., Suite 1340
Cincinnati, OH 45202
Phone: (513) 852-5600
Fax:    (513) 852-5611
dharman@burgsimpson.com

*Attorneys for Plaintiff Vanity Switzer, as Parent and Natural Guardian of Y.H., a minor*

DECHERT LLP

By: */s/ Sozi Pedro Tulante*

Sozi Pedro Tulante
Julia Chapman
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

*Attorneys for Defendant Microsoft Corporation*

HUESTON HENNIGAN LLP

By: /s/ *Moez Kaba*

Moez Kaba (*pro hac vice forthcoming*)
Allison Libeu (*pro hac vice forthcoming*)
Padraic Foran (*pro hac vice forthcoming*)
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Adam F. Minchew
aminchew@hueston.com
1 Little W. 12th St., Floor 2

4

New York, NY 10014
Telephone:     (646) 216-8466
Facsimile:     (888) 775-0898

FAEGRE DRINKER BIDDLE & REATH LLP

Jonathan P. Boughrum
Edward J. DeLuca
1 Logan Square # 2000
Philadelphia, PA 19103
Telephone:(215) 988-2700
Facsimile: (215) 988 2757
jonathan.boughrum@faegredrinker.com
edward.deluca@faegredrinker.com

*Attorneys for Defendants Epic Games, Inc*

DILWORTH PAXSON LLP

By: /s/ *Jay E. Kagan*

Jay E. Kagan
John J. Higson
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel: 215-575-7000
Fax: 215-575-7200
jkagan@dilworthlaw.com
jhigson@dilworthlaw.com

ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ David P. Fuad*

David P. Fuad (*pro hac vice forthcoming*)
John P. Badalich (*pro hac vice forthcoming*)
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
dfuad@orrick.com
jbadalich@orrick.com

*Attorneys for Defendant Roblox Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:

                                        The Honorable Mia Roberts Perez
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2026, a copy of the foregoing document was served upon all counsel of record via the court's electronic filing system.

*/s/ Jay E. Kagan*
Jay E. Kagan
